| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Chris Carson, Esq., SBN 280048 |
| 2 | Raymond Ballister, Jr., Esq., SBN 111282 |
| | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| | 8033 Linda Vista Road Suite 200 |
| 4 | San Diego CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | |
| 8 | VORYS, SATER, SEYMOUR AND PEASE LLP |
| | Emily A. Papania (SBN 325027) |
| 9 | eapapania@vorys.com |
| | 301 East Fourth Street, Suite 3500 |
| 10 | Great American Tower |
| | Cincinnati, Ohio 45202 |
| 11 | Telephone: (513) 723-4011 |
| | Facsimile: (513) 852-7888 |
| 12 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | **Case No.** 5:20-cv-01870-PA-SP |
| Plaintiff, | |
| v. | Honorable Judge Percy Anderson |
| **Abercrombie & Fitch Stores, Inc.**, an Ohio Corporation; and Does 1-10, | |
| Defendants | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Whitaker and Defendant Abercrombie & Fitch Stores, Inc. (collectively, the "Parties"), by and through counsel, hereby stipulate that this action be dismissed with prejudice. This terminates the entire action. Each party to bear his or its own costs.

| | |
|---|---|
| Dated: December 14, 2020 | CENTER FOR DISABILITY ACCESS |
| | |
| | By: */s/ Amanda Seabock* |
| | Amanda Seabock |
| | Attorney for Plaintiff |
| | |
| Dated: December 14, 2020 | VORYS, SATER, SEYMOUR AND PEASE LLP |
| | |
| | By: */s/ Emily Papania* |
| | Emily A. Papania |
| | Attorney for Defendant |